UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JAN 30 PM 4: 41

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| JOEL A. WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-1256 |
| ) | |
| VERMONT FEDERAL PROBATION ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

On November 22, 2024, Plaintiff Joel A. Wright, a Connecticut prisoner representing himself, filed an Application to Proceed *in Forma Pauperis* ("IFP") under 28 U.S.C. § 1915, seeking to bring a mandamus action against the Vermont Federal Probation Department. On December 11, 2024, the court denied his IFP Application without prejudice and dismissed the petition for mandamus. Plaintiff was granted leave to file an amended petition together with an updated IFP Application no later than January 24, 2025, and warned that, if he failed to do so, his case would be dismissed. (Doc. 2 at 7.)

As of the date of this Order, no further filings have been received. Consequently, this case is DISMISSED without prejudice; the Clerk of Court is directed to close the case file.

The court hereby certifies that under 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith.

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 30th day of January 2025.

_____
Mary Kay Lanthier
District Court Judge