UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 MAR 27 PM 12:49

CLERK

BY_____
DEPUTY CLERK

JOEL A. WRIGHT,                    )
    Plaintiff,                    )
                    )
    v.                            )    Case No. 2:24-cv-1256
                    )
VERMONT FEDERAL PROBATION          )
DEPARTMENT,                        )
    Defendant.                    )

## ORDER OF DISMISSAL

On November 22, 2024, Plaintiff, a Connecticut prisoner representing himself, filed an

Application for Leave to Proceed *in Forma Pauperis* (IFP) seeking to bring a mandamus action

against the Vermont Federal Probation Office.  On December 11, 2024, the court denied without

prejudice the IFP Application and dismissed the petition for writ of mandamus.  Plaintiff was

granted leave to file both a complete IFP Application and an Amended Petition by January 24,

2025.

Subsequently, the court could not confirm that the December 11, 2024 Order was mailed

to Plaintiff.  As a result, the court issued an Amended Order on February 6, 2025, extending

Plaintiff's time to file a complete IFP Application and an Amended Petition to March 14, 2025.

Plaintiff was warned that if he failed to do so, "the case shall be dismissed without prejudice."

(Doc. 4 at 7.)  The Order was mailed the same day.  No further filings have been received as of

the date of this Order.

Consequently, this case is DISMISSED without prejudice; the Clerk of Court is directed

to close the case file. The court hereby certifies that under 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith.

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 27th day of March 2025.

Mary Kay Lanthier
District Court Judge